IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JESSE JAMES NEAL                                                                                    PLAINTIFF

v.                                               Civil No. 6:20-cv-06116

LINGO, Lieutenant/Jail Administrator,
Hot Spring County Jail                                                                              DEFENDANT

## ORDER

Now before the Court is the Report and Recommendation filed November 17, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8.) Plaintiff proceeds in this section 42 U.S.C. §1983 action *pro se* and *in forma pauperis*. Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice for failure to follow local rules and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is hereby ORDERED that Plaintiff's Complaint against Defendant Lingo (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 28th day of January 2021.

/s/ *Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE